JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Follea International Ltd., | Case No. SACV 24-00769-JVS(DFMx) |
|---|---|
| Plaintiff(s), | ORDER OF DISMISSAL FOR LACK OF PROSECUTION |
| v. | |
| Cosmogene Skincare Pvt. Ltd. et al, | |
| Defendant(s). | |

The Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution on July 17, 2024, and having extended it through November 1, 2024, and no response having been filed, or no proof of service having been filed in this action,

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

DATED: December 6, 2024

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE